IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GRICE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 12-3502 |
| COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant | : | |

## ORDER

And NOW, this 15th day of May, 2013, for the reasons discussed in the accompanying memorandum, it is ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 9) is DENIED, but Plaintiff's Motion for Remand (ECF No. 9) is GRANTED pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On remand, the ALJ shall obtain legible copies of Dr. Yarus's treatment notes, and shall consider these notes, as well as all other relevant medical evidence, when reassessing Plaintiff's residual functioning capacity.

The Clerk of Court is directed to mark the case as CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-3502 Grice v. Astrue\order.docx